UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YVONNE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-cv-06921 |
| | ) | |
| WESTLAKE FINANCIAL SERVICES, LLC, | ) ) | Honorable Virginia M. Kendall |
| | ) | |
| Defendant. | ) | |

## JOINT INITIAL STATUS REPORT[1]

**1. Parties**

For Plaintiff:

Nathan Charles Volheim (Lead Attorney)
Taxiarchis Hatzidimitriadis
Eric Donald Coleman
Alejandro Emmanuel Figueroa
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: 630-575-8181
Fax: 630-575-8188
Email: nvolheim@sulaimanlaw.com
Email: thatz@sulaimanlaw.com
Email: ecoleman@sulaimanlaw.com
Email: alejandrof@sulaimanlaw.com

For Defendant:

Scott J. Helfand
Husch Blackwell LLP
120 South Riverside Plaza
Suite 2200
Chicago, Illinois 60606
Phone: 312-655-1500
Facsimile: 312-655-1501
Email: scott.helfand@huschblackwell.com

**2. Bases for jurisdiction:**

    a.    Jurisdiction arises under federal-question jurisdiction and supplemental jurisdiction.

---

[1] On January 8, 2020, before Defendant retained counsel and appeared, Plaintiff submitted an initial status report. Now, the parties have conferred and submit this joint status report.

3. **Nature of Claims:**

    a.     Plaintiff contends that Defendant violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 502, *et seq.*, by placing collection calls to her cellular phone using an automatic telephone dialing system ("ATDS") without her consent and for a non-emergency purpose. Plaintiff is seeking an order (1) enjoining placing additional calls to her using an ATDS; (2) an award of statutory and/or actual damages pursuant to 47 U.S.C. §227(b)(3)(B) and 815 ILCS 505/10a; (3) an award of treble damages pursuant to 227 U.S.C. §227(b)(3)(C) and 815 ILCS 505/10b.

    b.     Defendant disputes that Defendant violated the TCPA or the ICFA, and denies that Defendant is liable to Plaintiff.

4. **Status of Service:**

    a.     Defendant has appeared, and has filed a motion for extension of time, until January 23, 2020, to file Defendant's responsive pleading.

5. **Principal Legal Issues:**

    a.     Whether Defendant used an ATDS to place calls to the Plaintiff.

6. **Principal Factual Issues:**

    a.     Whether Defendant had consent to place calls to Plaintiff.

    b.     Whether Plaintiff revoked any consent she had given to Defendant.

    c.     Whether Defendant's alleged violations of the TCPA were willful.

7. **Jury Demand:**

    a.     Plaintiff has requested a trial by jury.

**8. Discovery Status:**

    a.    The parties have yet to engage in any discovery. Pursuant to the Court's participation in the MIDP program, the parties must submit their initial MIDP disclosures and production 30 days after Defendant's responsive pleading has been filed.

    b.    Plaintiff anticipates that written and oral discovery will be necessary.

**9. Discovery Proposal:**

    a.    Parties to issue written discovery by April 8, 2020.

    b.    Parties to complete fact discovery by September 14, 2020.

    c.    Parties anticipate that expert discovery will be necessary:

        i.    Plaintiff to disclose an expert by September 14, 2020.

        ii.    Defendant to disclose an expert by October 14, 2020.

        iii.    Expert discovery to be completed by November 16, 2020.

**10. Trial:**

    a.    The parties anticipate that they will be ready for trial by April 2021.

    b.    A trial of Plaintiff's claims would likely last no more than two days.

**11. Magistrate Consent:**

    a.    The parties do not unanimously consent to proceed before a Magistrate Judge.

**12. Status of Settlement Discussions:**

    a.    Plaintiff tendered an initial settlement offer, and Defendant is reviewing that offer.

4

Dated: January 10, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Nathan C. Volheim | /s/ Scott J. Helfand |
| Nathan C. Volheim | Scott J. Helfand |
| nvolheim@sulaimanlaw.com | Scott.Helfand@huschblackwell.com |
| Sulaiman Law Group, Ltd | HUSCH BLACKWELL LLP |
| 2500 S. Highland Ave. | 120 South Riverside Plaza |
| Suite 200 | Suite 2200 |
| Lombard, IL 60148 | Chicago, IL 60606 |
| (630) 575-8181 | (312) 655-1500 |
| (630) 575-8188 | (312) 655-1501 Facsimile |
| **Counsel for Plaintiff** | **Counsel for Defendant** |