# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Yvonne Walker

                              Plaintiff,

v.                                                                  Case No.: 1:19−cv−06921
                                                                      Honorable Virginia M. Kendall

Westlake Financial Services, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2020:

       MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Plaintiff's Motion to Dismiss Defendant's Counterclaim [20]. Response due by 3/3/2020. Reply due by 3/10/2020. Status hearing set for 4/28/2020 at 9:00 AM. End of Fact Discovery remains ordered closed by 7/31/2020. End of Fact Discovery Status hearing set for 8/4/2020 at 9:00 AM. Motion hearing set for 2/19/2020 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.