# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YOLONDA WALKER,<br><br>　　Plaintiff,<br>v.<br><br>WESTLAKE FINANCIAL SERVICES, LLC,<br><br>　　Defendant. | Case No. 1:19cv-06921<br><br>Honorable Judge Virginia Kendall |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, YOLONDA WALKER, and the Defendant, WESTLAKE FINANCIAL SERVICES, LLC, through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41, that Plaintiff's claims against WESTLAKE FINANCIAL SERVICES, LLC are dismissed with prejudice, and that WESTLAKE FINANCIAL SERVICES, LLC'S counterclaim is dismissed without prejudice. Each party shall bear its own costs and attorney fees.

Dated: September 1, 2020                                     Respectfully Submitted,

**YOLONDA WALKER**                                           **WESTLAKE FINANCIAL SERVICES, LLC**

/s/ Nathan C. Volheim                                        /s/ Scott J. Helfand (*with consent*)
Nathan C. Volheim                                            Scott J. Helfand
*Counsel for Plaintiff*                                      *Counsel for Defendant*
Sulaiman Law Group, LTD                                      Husch Blackwell LLP
2500 S. Highland Avenue, Suite 200                           120 South Riverside Plaza, Suite 2200
Lombard, Illinois 60148                                      Chicago, IL 60606
Phone: (630) 575-8181                                        Phone: (312) 655-1500
Fax :( 630) 575-8188                                         Fax: (312) 655-1501
nvolheim@sulaimanlaw.com                                     Scott.Helfand@huschblackwell.com